United States District Court  
FOR THE

WESTERN DISTRICT OF MISSOURI

**UNITED STATES OF AMERICA**

      v.      Crim. No.    04-00155-01-CR-W-DW

**Robin M. Morgan**

On   01/06/05  , the above named was placed on supervised release for a period of   3   years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

    Respectfully submitted,

    */s/Jane Ann Mort*

    Jane Ann Mort  
    Senior U.S. Probation Officer

ORDER OF COURT

Pursuant to the report submitted by the Probation Office on June 10, 2008, it is hereby ordered that Robin M. Morgan be discharged from supervised release and that the proceedings in this case be terminated.

    `/s/ Dean Whipple`  
    _____  
    DEAN WHIPPLE  
    U. S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this   24th   day of   June   , 2008.